■ NATIONWIDE INSURANCE COMPANY, Appellant, v ANTHONY MORIGERATO et al., Respondents. [627 NYS2d 123] —White, J. Appeal from an order of the Supreme Court (Spain, J.), entered September 30, 1994 in Albany County, which granted defendants' motion for summary judgment dismissing the complaint.

This appeal arises from Supreme Court's summary dismissal of this action wherein plaintiff, pursuant to Insurance Law § 5104 (b), seeks to enforce a lien against defendants as a consequence of having paid them $102,000 in first-party no-fault benefits.

We affirm. Although the accident in which defendants were injured occurred in Virginia, and the other vehicle involved was registered in North Carolina and was operated by a resident of that State, we hold that said operator is a "covered person" within the meaning of Insurance Law § 5102 (j) since he was covered by an automobile insurance policy issued by an authorized insurer that provided liability coverage in excess of that required by Vehicle and Traffic Law § 311 (4) (former [a]) (see, Fireman's Ins. Co. v Le Compte, 194 AD2d 918). Accordingly, as it is undisputed that defendants are also "covered persons", Insurance Law § 5104 (b) has no application to this matter.

Cardona, P. J., Mercure and Casey, JJ., concur. Ordered that the order is affirmed, with costs.